IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-593-RJC-DCK

| | |
|---|---|
| DORIEN ANDREWS, II, and CONNER CRISCO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| BOJANGLES OPCO, LLC, and BOJANGLES RESTAURANTS INC., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Brian L. Kinsley, concerning Logan A. Pardell, on September 27, 2023. Logan A. Pardell seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Logan A. Pardell is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: September 27, 2023

David C. Keesler
United States Magistrate Judge