IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-593-RJC-DCK

| DORIEN ANDREWS II, and | ) |
| CONNER CRISCO, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| BOJANGLES OPCO, LLC, and | ) |
| BOJANGLES RESTAURANTS INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Initial Attorney's Conference And Submission Of Discovery Plan" (Document No. 13) filed October 27, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with Judge Conrad's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Initial Attorney's Conference And Submission Of Discovery Plan" (Document No. 13) is **GRANTED**. Within fourteen (14) days of the Court's Order on "Plaintiffs' Motion For Conditional Certification" (Document No. 11) the parties shall either conduct an IAC, or request additional time to do so.

**SO ORDERED**.

Signed: November 2, 2023

David C. Keesler
United States Magistrate Judge