UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Civil Action No.: 3:23-cv-593-RJC-DCK

DORIEN ANDREWS II and CONNER CRISCO,

Plaintiffs,

v.

BOJANGLES OPCO, LLC and BOJANGLES' RESTAURANTS, INC.,

Defendants.

APPENDIX OF EXHIBITS TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION

Defendants file the following materials in support of their Response in Opposition to Plaintiffs' Motion for Conditional Certification:

| Exhibit | Description |
|---|---|
| A | June 19, 2023 email from Logan Pardell to Brian Church re: Wage Claims by Assistant Managers |
| B | Stoddard v. Love's Travel Stops & Country Stores, Inc. (W.D. Okla.) – Collective Action Complaint |
| C | Cottle v. Papa Murphy's Company Stores, Inc. (M.D. Fla.) – Collective Action Complaint |
| D | Pieczynski v. LCA Vision, Inc. d/b/a LasikPlus (M.D. Fla) – Collective Action Complaint |
| E | Sablowski v. Auto Chlor System, LLC et al. (N.D. Cal) – Collective Action Complaint |