IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-593-RJC-DCK

| | |
|---|---|
| DORIEN ANDREWS, II, and <br> CONNER CRISCO, <br><br> Plaintiffs, <br><br> v. <br><br> BOJANGLES OPCO, LLC, and <br> BOJANGLES RESTAURANTS INC., <br><br> Defendants. | ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 45) filed by Local Counsel Brian L. Kinsley on January 14, 2025.

Applicant Bryan A. Giribaldo seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 45) is **GRANTED**. Bryan A. Giribaldo is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: January 14, 2025

David C. Keesler
United States Magistrate Judge