IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

```
-------------------------------------------------X
DORIEN ANDREWS II and CONNER       :
CRISCO, Individually and On Behalf of All :
of All Others Similarly Situated,  :         Civil Action No. 3:23-cv-00593
                                   :
              Plaintiffs,          :
                                   :
    -against-                      :
                                   :
BOJANGLES OPCO, LLC and            :
BOJANGLES' RESTAURANTS, INC.,      :
                                   :
              Defendants.          :
-------------------------------------------------X
```

**PLAINTIFFS' UNOPPOSED MOTION FOR SETTLEMENT APPROVAL**

Plaintiffs Dorien Andrews II and Conner Crisco, by and through their undersigned counsel, and on behalf of themselves and those individuals who have joined this action (together as "Plaintiffs"), respectfully request that the Court grant their unopposed motion for settlement approval, enter Plaintiffs' proposed Approval Order, attached as Exhibit 2 to the corresponding Memorandum of Law filed with this motion, and thereby: (1) approve the Parties' Settlement Agreement ("Agreement") as fair and reasonable, including (i) approving Class Counsel's proposed Attorneys' Fees and Expenses Payment, (ii) approving the Service Payment Recipients' proposed Service Payments, and (iii) appointing CPT Group, Inc. as the Settlement Administrator and approving the Settlement Administrator Costs; (2) dismiss the Action with prejudice; and (3) retain jurisdiction to enforce the Agreement until the conclusion of the administration process. Plaintiff's motion is based on the Agreement, Memorandum of Law, and the Declaration of Attorney Logan A. Pardell, all of which are filed contemporaneously with this motion. Counsel for Plaintiffs have consulted with counsel for Bojangles regarding this motion. Bojangles does not

1

oppose the motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for Settlement Approval, enter an Order for the relief requested above, and award any other relief it deems just and proper.

Dated: June 6, 2025

By: */s/ Logan A. Pardell*
Logan A. Pardell* (admitted *pro hac vice*)
**Pardell, Kruzyk & Giribaldo, PLLC**
433 Plaza Real, Suite 275
Boca Raton, FL 33432
Telephone     (561) 726-8444
Facsimile     (877) 453-8003
lpardell@pkglegal.com

Bryan A. Giribaldo* (admitted *pro hac vice*)
**Pardell, Kruzyk & Giribaldo, PLLC**
7500 Rialto Blvd.
Suite 1-250
Austin, Texas 78735
Telephone: (561) 726-8444
Facsimile (877) 453-8003
bgiribaldo@pkglegal.com

Brian L. Kinsley
**Cox, Stansberry & Kinsley**
2024 Main Street, SW Suite B
Cullman, AL 35056
Telephone: (205) 870-1205
Facsimile: (205) 870-1252
Blkinsley@cskattorneys.com

Counsel for Plaintiffs and FLSA Collective Members

2

## CERTIFICATE OF SERVICE

I hereby certify that, on June 6, 2025, this document filed through the CM/ECF system will be sent electronically to the registered participants in this matter as identified on the Notice of Electronic Filing.

*/s/ Logan A. Pardell*
Logan A. Pardell