UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CV-00593-MEO-DCK

| | |
|---|---|
| DORIEN ANDREWS II<br>CONNER CRISCO, Individually and On<br>Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOJANGLES OPCO, LLC<br>BOJANGLES RESTAURANTS INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court upon Plaintiffs' Unopposed Motion to Approve Settlement Agreement (the "Motion"). (Doc. No. 68). Having reviewed the Motion and all accompanying papers, and the Court being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

Plaintiffs' Motion is **GRANTED**. The Court finds that the Parties' Settlement of this FLSA Collective Action is fair, reasonable, and just.

1. The Parties' Settlement Agreement and all of its terms are **APPROVED**. The Settlement Administrator is authorized to send the notices and issue payments pursuant to the terms of the Settlement.

2. This Action is **DISMISSED WITH PREJUDICE**.

3. This Court will **RETAIN JURISDICTION** to enforce the Settlement until the conclusion of the settlement administration process.

4. The case is closed, and any pending motions are denied as moot.

Signed: February 2, 2026

**SO ORDERED.**

Matthew E. Orso
United States District Judge